UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | CRIMINAL NO. 5:14-CR-47-CAR |
| BRANDON TAVARUS DRISKELL aka "Little Dave", | VIOLATION(S): 21 U.S.C. § 841(a)(1) 21 U.S.C. § 841(b)(1)(C) 18 U.S.C. § 2 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Distribution of 3,4 Methylenedioxymethcathinone)

That on or about November 6, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRANDON TAVARUS DRISKELL aka "Little Dave",**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a Schedule I controlled substance, to-wit: a mixture and substance containing a detectable amount of 3,4 methylenedioxymethcathinone also known as methylone also known as "Molly", in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO
### (Distribution of 3,4 Methylenedioxymethcathinone)

That on or about November 13, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRANDON TAVARUS DRISKELL aka "Little Dave"**,

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a Schedule I controlled substance, to-wit: a mixture and substance containing a detectable amount of 3,4 methylenedioxymethcathinone also known as methylone also known as "Molly", in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY
Presented by:

[signature]
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12th day of August, AD 2014.

[signature]
Deputy Clerk